DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD RYDELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1726

[October 15, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 08-21318 CF10A.

Donald Rydell, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***